| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

EASTERN DISTRICT OF TENNESSEE

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Honey Do Franchising Group, Inc.

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  26-3314378

**4. Debtor's address**

**Principal place of business**

1600 West State Street
Bristol, TN 37620
Number, Street, City, State & ZIP Code

Sullivan
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**  _____

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  Honey Do Franchising Group, Inc. _____   Case number (*if known*) _____
       Name

7. **Describe debtor's business**   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. Check **all** that apply:
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ☒ No.
   ☐ Yes.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☒ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____  Relationship _____
    District _____  When _____  Case number, if known _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor __Honey Do Franchising Group, Inc._____ Case number (*if known*)_____
     Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply*.)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>    Contact name _____<br>    Phone _____ |

### Statistical and administrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☒ 1-49    ☐ 1,000-5,000    ☐ 25,001-50,000<br>☐ 50-99    ☐ 5001-10,000    ☐ 50,001-100,000<br>☐ 100-199    ☐ 10,001-25,000    ☐ More than 100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☒ $0 - $50,000    ☐ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000    ☒ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion |

Debtor  Honey Do Franchising Group, Inc.                                    Case number (*if known*)
_____Name_____

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 12, 2024
              MM / DD / YYYY

**X** /s/   Thomas Brad Fluke                          Thomas Brad Fluke
Signature of authorized representative of debtor        Printed name

Title   CEO

**18. Signature of attorney**

**X** /s/ Brenda G. Brooks                             Date   June 14, 2024
Signature of attorney for debtor                               MM / DD / YYYY

Brenda G. Brooks
Printed name

Moore & Brooks
Firm name

6223 Highland Place Way
Ste 102
Knoxville, TN 37919-4035
Number, Street, City, State & ZIP Code

Contact phone   (865) 450-5455        Email address   bbrooks@moore-brooks.com

013176 TN
Bar number and State

**Fill in this information to identify the case:**

Debtor name   Honey Do Franchising Group, Inc.

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TENNESSEE

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 12, 2024    X  /s/   Thomas Brad Fluke
                                  Signature of individual signing on behalf of debtor

                                  Thomas Brad Fluke
                                  Printed name

                                  CEO
                                  Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Honey Do Franchising Group, Inc. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TENNESSEE |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ari Stearn  Ruberto, Isreal & Weiner  255 State Street, 7th Floor  Boston, MA 02109 | | Attorney Fees | | | | $42,114.19 |
| Baggott Law  c/o Rolland W. Baggott III  4252 Harding Pike, Suite 105  Nashville, TN 37205 | | Attorney Fees | | | | $1,758.00 |
| Kenneth Hale  The Hale Law Firm  416 State St  Bristol, TN 37620 | | Attorney Fees | | | | $927.10 |
| Nelson Mullins Riley & Scarborough LLC  1320 Main Street, 17th Floor  Columbia, SC 29201 | | Attorney Fees | | | | $7,500.00 |
| Regions Bank  c/o Ronald G. Smith, Exec. VP  PO Box 1984  Birmingham, AL 35201 | | Line of Credit | | | | $53,999.29 |
| Richard E. Ladd, Jr.  PennStuart  804 Anderson Street  Bristol, TN 37620 | | Attorney Fees - Lawsuit Sullivan County Chancery #22-CB-27757(M) | | | | $45,001.86 |
| Robert M. Einhorn  Zarco Einhorn Salkowski, P.A.  One Biscayne Tower  2 S. Biscayne Blvd, 34th Floor  Miami, FL 33131 | | US Dist. Court Western VA #22-cv-00014 | | | | $1,352,910.65 |

| Debtor | Honey Do Franchising Group, Inc. | | Case number *(if known)* | | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Trinity Valuation Consulting Group, PLC<br>801B Sunset Dr<br>Johnson City, TN 37604 | | Valuation of damages for arbitration | | | | $18,523.00 |

# United States Bankruptcy Court
### Eastern District of Tennessee

In re: Honey Do Franchising Group, Inc.
Debtor(s)

Case No.
Chapter  11

# VERIFICATION OF CREDITOR MATRIX

The above Debtor(s) hereby verifies under the penalty of perjury under the laws of the United States of America that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: June 12, 2024

/s/ Thomas Brad Fluke
Thomas Brad Fluke/CEO
Signer/Title

Date: June 14, 2024

/s/ Brenda G. Brooks
Signature of Attorney
Brenda G. Brooks
Moore & Brooks
6223 Highland Place Way
Ste 102
Knoxville, TN 37919-4035
(865) 450-5455 Fax: (865) 622-8865

```
5 Talents, Inc.
428 Fairway Estates Drive
Blountville, TN 37617


Ari Stearn
Ruberto, Isreal & Weiner
255 State Street, 7th Floor
Boston, MA 02109


Baggott Law
c/o Rolland W. Baggott III
4252 Harding Pike, Suite 105
Nashville, TN 37205


Brack Biggs
Biggs & Sons, Inc.
1920 NorthPoint Blvd #114
Hixson, TN 37343


Brett & Dr. Amanda Greene
337 Ridgetop Drive
Bluff City, TN 37618


Christa Boaz
TCL Holdings, Inc.
2125 Breckenridge Street
Owensboro, KY 42303


Christopher D. Owens
Hunter, Smith & Davis, LLP
100 Med Tech Pkwy, Ste. 110
Johnson City, TN 37604


Dave Tolbert
3D Renovations, Inc.
967 Volunteer Parkway
Bristol, TN 37620


David Kuenzel
SunSational Handyman, Inc.
656 Beal Parkway NW, Unit M
Fort Walton Beach, FL 32547


District Director
U.S. Small Business Admin
2 International Plaza Dr., Ste. 500
Nashville, TN 37217


District Director, IRS
c/o Special Procedures Branch
801 Broadway, MDP 146
Nashville, TN 37203


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101
```

```
Investment Properties Improvements, LLC
1600 West State Street
Bristol, TN 37620


IRS
710 Locust Street
Knoxville, TN 37902


Jamey & Dr. Gretchen Bowling
428 Fairway Estates Drive
Blountville, TN 37617


Jason Ramirez
Lilsumsyl, Inc 1321 S. Danville Drive
Abilene, TX 79605


John Radu, II
JABR, Inc 9355 Kingston Pike #9
Knoxville, TN 37922


John Thomas
Thomas Holdings, Inc.
18900 Statesville Road
Cornelius, NC 28031


Kenneth Hale
The Hale Law Firm 416 State St
Bristol, TN 37620


Michelle Wilson
Hacienda Handyman, Inc.
13705 Beach Blvd.
Jacksonville, FL 32224


Nelson Mullins Riley & Scarborough LLC
1320 Main Street, 17th Floor
Columbia, SC 29201


Regions Bank
c/o Ronald G. Smith, Exec. VP
PO Box 1984
Birmingham, AL 35201


Regions Bank
c/o Bank Officer 840 State Street
Bristol, TN 37620


Richard E. Ladd, Jr.
PennStuart 804 Anderson Street
Bristol, TN 37620


Robert M. Einhorn
Zarco Einhorn Salkowski, P.A.
One Biscayne Tower 2 S. Biscayne Blvd, 3
Miami, FL 33131
```

```
Scott Brown
S & B Management, Inc.
5215 Market St., Suite A
Wilmington, NC 28405


State of Tennessee
c/o Attorney General's Office
Bankruptcy Division PO Box 20207
Nashville, TN 37202


Thomas Brad Fluke
602 Cypress Street
Bristol, TN 37620


Tracy Parish
TKMG Enterprises, Inc.
5083 Main Street, Unit 5B
Spring Hill, TN 37174


Trinity Valuation Consulting Group, PLC
801B Sunset Dr
Johnson City, TN 37604


United States Attorney
Howard H. Baker, Jr. U.S. Cthse
800 Market Street, Suite 211
Knoxville, TN 37902
```

# United States Bankruptcy Court
### Eastern District of Tennessee

In re: Honey Do Franchising Group, Inc.
Debtor(s)

Case No.
Chapter: 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Honey Do Franchising Group, Inc.  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

June 14, 2024
Date

/s/ Brenda G. Brooks
Brenda G. Brooks
Signature of Attorney or Litigant
Counsel for  Honey Do Franchising Group, Inc.
Moore & Brooks
6223 Highland Place Way
Ste 102
Knoxville, TN 37919-4035
(865) 450-5455  Fax:(865) 622-8865
bbrooks@moore-brooks.com

## HONEY DO FRANCHISING GROUP, INC.
## STATEMENTS OF OPERATIONS AND SHAREHOLDER'S (DEFICIT)

|  | YEAR ENDED DECEMBER 31 | |
|---|---:|---:|
|  | **2022** | **2021** |
| **Revenues** | | |
| Royalties | $ 613,040 | $ 623,331 |
| Franchise fees | 156,337 | 106,612 |
| Marketing fees | 162,557 | 4,875 |
| Promotional materials | 34,119 | 44,965 |
| Other income | 30,507 | 41,685 |
| Total Revenues | 996,561 | 821,468 |
| **Cost of Sales - promotional materials** | 95,113 | 23,043 |
| **Gross Profit** | 901,447 | 798,425 |
| **Operating Expenses** | 1,100,539 | 766,147 |
| **Income (loss) from Operations** | (199,092) | 32,278 |
| **Gain on Sale of Building** | — | 194,494 |
| **Grant Income - PPP** | 48,545 | — |
| **Interest Income** | 20 | 5,850 |
| **Interest (Expense)** | (10,220) | (32,994) |
|  | 38,345 | 167,350 |
| **Net Income** | (160,747) | 199,628 |
| **Shareholder's Equity (Deficit) - Beginning** | (237,259) | (20,781) |
| **Shareholder's Contributions / (Distributions)** | 1,156 | (416,106) |
| **Shareholder's (Deficit) - Ending** | $ (396,850) | $ (237,259) |

| | |
|---|---|
| 12:31 PM | **Honey Do Franchising Group Inc.** |
| 05/03/24 | **Profit & Loss** |
| Accrual Basis | **January through December 2023** |

|  | Jan - Dec 23 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Convienence Fee | 138.75 |
| Franchise Training | 15,000.00 |
| Marketing Fund Revenue | 197,723.75 |
| Royalties | 614,560.60 |
| Shopify Income | 22,636.35 |
| **Total Income** | 850,059.45 |
| **Cost of Goods Sold** | 54,496.45 |
| **Gross Profit** | 795,563.00 |
| **Expense** | |
| Auto Expenses | 14,248.54 |
| Business License | 2,933.41 |
| Business Meetings | 2,542.97 |
| Computer Equipment | 1,610.19 |
| Computer Maintenance | 9,143.70 |
| Credit / Background Check | 857.68 |
| Depreciation Expense | 9,310.00 |
| Donations | 250.00 |
| Dues and Subscriptions | 36,319.15 |
| Employee Advance | 0.00 |
| Employee Relations | 31,082.35 |
| Fees & Fines | 5,987.82 |
| Field Visit Expenses | 11,358.64 |
| Franchisee Event | 715.00 |
| Insurance Expense | 6,230.08 |
| Interest Expense | 36,243.62 |
| Lead Generation | 9,689.00 |
| Marketing | 155,555.95 |
| Meals & Entertainment | 3,878.62 |
| Mowing | 1,575.00 |
| Office Cleaning | 5,660.95 |
| Office Supplies | 14,743.50 |
| Parking | 22.65 |
| Payroll Expenses | 259,806.88 |
| Postage & Delivery | 297.78 |
| **Professional Fees** | |
|    Accounting | 8,280.00 |
|    Legal Fees | 612,078.29 |
| **Total Professional Fees** | 620,358.29 |
| Reconciliation Discrepancies | -0.01 |
| Reimbursed Expense | -14,157.05 |
| Rent | 15,953.52 |
| Repairs & Maintenance | 985.08 |
| Shipping | 1.10 |
| State Licensing | 60.46 |
| Taxes | 4,264.16 |
| Training | 97.23 |
| Travel | 8,523.38 |

12:31 PM
05/03/24
Accrual Basis

# Honey Do Franchising Group Inc.
## Profit & Loss
### January through December 2023

|  | Jan - Dec 23 |
|---|---:|
| Uniforms | 886.47 |
| Utilities | 19,163.33 |
| **Total Expense** | 1,276,199.44 |
| **Net Ordinary Income** | -480,636.44 |
| Other Income/Expense | |
|   Other Income | |
|     Interest Income | 2.98 |
| **Total Other Income** | 2.98 |
| **Net Other Income** | 2.98 |
| **Net Income** | **-480,633.46** |

Page 2